**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>RODNEY GRUBBS,<br>                              Debtor.<br>_____<br><br>CONNIE ADAMS, MARK ADAMS, SANJIV AGGARWAL, TERESA AMICK, LARRY AMICK, WAYNE AMRHEIN, LYNNE AMRHEIN, DIANE AZAR, PETER BASSEL, RUTH BAUERLE, ROBERT BAUERLE, SANDRA M. BECKETT, KATHRYN BIARKIS, ROBERT BIARKIS, MARCO BIGGS, JOE BISCHOFF, DORIS BISCHOFF, GARY BISCHOFF, GLEN R. BISCHOFF, TINA BISCHOFF, SUSAN BORREGO, DENISE BOUTIN, JILL BRACK, ABIGAIL BRANDENBERGER, BETTY BRANDENBERGER, JON BRANDENBERGER, MATTHEW J. BRANDENBERGER, JENNIFER BUTLER, CAROL CAPION, HELEN CARLSON, RICHARD CARLSON, APRIL CARPENTER, RAYMOND CARPENTER, MICHAEL KEVIN CARVER, JULIE CARVER, MICHAEL C. CHAPIN, VIRGINIA B. CHETTA, GREGORY E. CHETTA, WILLIAM CIFERRI, CATHY CIFERRI, ELDONNA COATS, MICHAEL COATS, STEPHEN COLE, JEFF CONRADI, THOMAS COONEY, JANA S. CORBIN, DOUGLAS C. CORBIN, MICHAEL CRABTREE, SANDRA CRABTREE, KEN CURRY, PATTY CURRY, MARK A. DALY, DIANA M. DALY, ROB DAVIDSON, SHONDA DAVIDSON, TERESA L. DEAKIN, BONNIE DEAN, RUDOLPH DEAN, REBECCA L. DEHENNIS, ANDREW C. DEHENNIS, CHERILYN DRAKE, LESLIE DRAKE, JANICE S. DUPRE, GARY W. DUPRE, SANDY EINHAUS, JOHN EINHAUS, DANIEL ELLSWORTH, ANDREW EVANS, PATRICIA GALLEGOS, AARON GARZA, DARIO GARZA, JOE HUNTER GILMORE, CAROLINE GILMORE, GRACE RITZMAN REVOCABLE TRUST, BRENDA GREEN, FRANCIS GREEN, RICHARD J. GRIFFITH, MARY ELLYN GRIFFITH, KELLI GRIMES, GREG L. GRIMES, GERALDINE L. GRODZINSKY, GEORGE C. GROSS, JR., SHARON | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-05593-JJG-7A<br><br><br><br><br><br><br><br><br><br><br><br>Adversary No. _____ |

L. GUINGRICH, JOHN GULLO, CRAIG HALEY, )
PAULA J. HANDRUP, JACK HANDY, LYNN )
HANDY, MARILYN HASLUP, THOMAS HASLUP, )
MARILYN HEDRICK, JEAN MARIE HEFFRON, )
TIMOTHY PAUL HEFFRON, SUSAN )
HENDERSON, TERRY HENDERSON, KEITH )
HENSEL, RONALD HENSEL, GREG HILLIGOSS, )
PAM HILLIGOSS, DAVID HITESHEW, MARY )
HITESHEW, MARILYN JEAN HOLLADAY, )
KAREN J. HONEYCUTT, LARRY L HONEYCUTT, )
ROBERTA S. HOOKER, WALTER C HOOKER, )
RICHARD HORNBUCKLE, LORNA )
HORNBUCKLE, KEVIN HUFF, ERIC HURST, )
SANDI HURST, CARLA LYNN INGRAM, KEVIN )
INGVALSON, ANDREA INGVALSON, GRACE )
JAWORSKY, LISA KARSTEN, EDWARD A. )
KARSTEN JR, ROBERT MARK KELLAM, JOAN )
FRANCIS KELLAM, DAVE KERSEY, CRAIG KING, )
JANE A. KING, ERIC KINGSLEY, KATHERINE )
KINGSLEY, JASON KORNREICH, SHAWN )
KORNREICH, EVELYNE KORNREICH, ELLIOT )
KORNREICH, JAMIE WILLHELM KOVATCH, )
DENISE KRAMER-COLE, RACHAEL KROOG, )
VIRGIL KUNKEL, BERNADINE KUNKEL, )
SHARON KVISTAD, WILLIAM KVISTAD, PENNY )
LAKOFF, TIM LAKOFF, AARON LAMPORT, )
CAROL LAMPORT, NANCY LAMPORT, NORMA )
LAMPORT, KYLE LARAMIE, RACHEL LARAMIE, )
BARB LEFFINGWELL, JULIANA LEHMAN, )
RICHARD LEHMAN, ANDY LEIGHTON, RANDI )
LEVENBAUM, BRANCH R. LEW, MARCIA E. )
LEW, ROBERTA B. LITTLE, HEIDI LOUIS, )
GERALD LOUIS, JACK LOVINS, SUE LOVINS, )
JUDITH A. MAHURON, STEPHEN L. MAHURON, )
JAMES MARINO, LEONA S. MARINO, LEONARD )
B. MARINO, JEFF MATHEWS, ROBERT )
MCCARTHY, LEVI MCCASHLAND, CORINNE )
MCCRAY, STEPHANIE MCDONALD, JEANINNE )
MCKINNA, DAN MCLAUGHLIN, KATHLEEN )
MCLAUGHLIN, CHARLES A. MITCHELL, )
FLORIN MOLNAR, MARTHA MULLIN, KEVIN )
MURPHY, JANE MURPHY, MICHAEL MURPHY, )
CLARK E. NEAL, KAREN NIEDENTHAL, KAREN )
S. O'HARE, RANDALL S. O'HARE, CHARLES )
OGLESBY, LORETTA OGLESBY, ERIN )
OVERHOLT, RYAN OVERHOLT, KENNETH )
PALMER, SANDRA PALMER, GUY PASELA, )
MARIAN PASELA, LARRY PECK, DEBBIE PECK, )

2

PHIL PICHE, SHANNON PIERCE, RONALD )
PONDER LIVING TRUST, PETER POPOVICH, )
VIRGINIA POPOVICH, DIRK PRUIS, DAN )
PURCELL, STACY PURCELL, DONALD QUIRION, )
LINDA QUIRION, PATRICIA A. RATHBURN, )
KEVIN M. REED, CHRISTOPHER REISERT, )
EMILY REISERT, ANNE RHEINS, TODD RHEINS, )
SHARON RICHARD, RAYWOOD RICHARD, )
DEBORAH ANN RICHTER, ROBERT E )
ROMAGOSA, IRENE ROMAGOSA, MARY )
SACKSTEDER, SCOTT SCHIRMER, DALE F. )
SCHNARR, TERI L. SCHNARR, MICHAEL )
SCHWEGMAN, AMANDA SCHWEGMAN, )
KATHY SHELLY, SCOTT SIEWERT, TERI )
SIEWERT, CHERYL SILVERMAN, LAWRENCE )
SILVERMAN, DALE SLOAN, ROBERT SMUTKA, )
ST. LOUIS PICKLEBALL LLC, SHERRI )
STEINHAUER, KAROLYN STIPECK, BETTY )
SULLIVAN, GEORGE SUNDRUP, GEORGE )
SUNDRUP, MIKE TAFELSKI, PATRICK )
TAFELSKI, RITA TAFELSKI, SHAUNNA )
TAFELSKI, CHIEN TANG, STEVEN G TAYLOR, )
FRED THOMPSON, IAN TITUS, BYNUM TUTTLE )
JR., ROBERT M UNETICH, POLLY UNGER, JOHN )
URBAN, JANET URBAN, ALAN VOHS, JACKIE )
VOHS, BETTESUE WACHHOLZ, JOHN R )
WACHHOLZ, SHANE WATSON, HOWARD )
WEISBART, BRYAN WENTZ, BILL WERNER, )
EMMA WERNER, PATRICK V. WHELAN, PATTY )
ANN WHELAN, HELEN WHITE, NANCY )
WHITEMAN, ANNETTE WILLHELM, DAVID )
WILLHELM, WILLHELM BROTHERS FARMS )
LLC, CAROL RENE WILSON, WILSON'S GAME )
ON, LLC, ELLEN BEATRICE WINDJACK, JAYSON )
WINDJACK, GREG WOODSUM, and MELODY )
WOODSUM, )
                                                    )
          Plaintiffs,                               )
                                                    )
     v.                                             )
                                                    )
RODNEY GRUBBS,                                      )
                                                    )
          Defendant.                                )

## APPEARANCE IN ADVERSARY PROCEEDING

3

<u>APPEARANCE IN ADVERSAY PROCEEDING</u>

To the Clerk of this Court and all parties of record:

Please enter the appearance of **Matthew Foster** as counsel for all the above-listed plaintiffs in this adversary proceeding.  I certify that I am admitted to practice in this court.

Respectfully submitted,

/s/ Matthew Foster
Matthew Foster (Indiana No. 16400-49)

Foster Law LLC
9511 Angola Court, Suite 310
Indianapolis IN 46268
Telephone (317) 399-4686
Email matt@fosterlaw.llc (fax n/a)

Attorney for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 23, 2024 a true copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System. Parties may access this filing through such system.

/s/ Matthew Foster
Attorney for Plaintiffs