United States Bankruptcy Court
Southern District of Indiana

Adams, et al.,
    Plaintiff

Grubbs,
    Defendant

Adv. Proc. No. 24-50097-JJG

# CERTIFICATE OF NOTICE

District/off: 0756-1    User: admin    Page 1 of 2
Date Rcvd: Feb 24, 2025    Form ID: SF00200    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/PDF: rgrubbs7105@outlook.com | Feb 24 2025 21:59:00 | Rodney Grubbs, 1409 W Spruce Way, Apt H, Greensburg, IN 47240-3288 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025      Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew W. Foster | on behalf of Third-Party Plaintiff St. Louis Pickleball LLC efiling@fosterlaw.llc  mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Third-Party Plaintiff Wilson's Game On  LLC efiling@fosterlaw.llc, mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Third-Party Plaintiff Willhelm Brothers Farms LLC efiling@fosterlaw.llc  mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Plaintiff Connie Adams  et al. efiling@fosterlaw.llc, mfoster@isdh.in.gov |
| Richard Wayne Greeson | |

District/off: 0756-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 24, 2025 | Form ID: SF00200 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Joined Party Robyn Zitnick wgreeson@greesonlaw.com  courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Joined Party Chris Ann Greeson wgreeson@greesonlaw.com  courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Joined Party Robert William Zitnick wgreeson@greesonlaw.com  courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Joined Party Sharon Bryant wgreeson@greesonlaw.com  courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Joined Party Wayne Greeson wgreeson@greesonlaw.com  courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Joined Party Jeff Siebert wgreeson@greesonlaw.com  courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Joined Party Stuart Milligan wgreeson@greesonlaw.com  courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Joined Party Alan Burkholder wgreeson@greesonlaw.com  courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Joined Party Terry Bryant wgreeson@greesonlaw.com  courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 14

UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
46 E Ohio St Rm 116  
Indianapolis, IN 46204

SF00200 (rev 11/2020)

In re:

**Rodney Grubbs**,  
        Debtor.

Case No. **23–05593–JJG–7A**

Adv. Proc. No. **24–50097**

**Connie Adams, et al.**,  
        Plaintiff,  
  vs.

**Rodney Grubbs**,  
        Defendant.

## NOTICE OF STATUS CONFERENCE

The Court, after reviewing this case, determines that a status conference is required to evaluate the following matter(s):

    Omnibus Status Conference to disclose and discuss a possible judicial conflict of interest.

**NOTICE IS GIVEN** that a status conference will be held as follows:

    Date:       March 6, 2025  
    Time:      10:30 AM Eastern  
    Place:     Video Conference at https://www.zoomgov.com/j/16023126397

Participation by video is limited to parties, counsel of record, and witnesses. Any other individual who wishes to listen to the hearing must do so by phone:

    Phone:     551–285–1373 or 646–828–7666  
    Meeting ID: 160 2312 6397

In the event of testimony, audio–only remote access to the hearing shall terminate for members of the public prior to presentation of testimony, with the continued access permitted only for parties, counsel of record, and witnesses.

Any party appearing by video or phone must connect to the hearing from a quiet location, not use a speakerphone, and mute the connection when not speaking. All participants are further reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing

counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: February 24, 2025         Eric R. Kleis
                                 Clerk, U.S. Bankruptcy Court